No. 82–394.  BELLASSAI ET AL. v. MCAVOY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–395.  DILL ET AL. v. DAVIES NITRATE CO. ET AL. C. A. 9th Cir.  Certiorari denied.

No. 82–400.  KARAPINKA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 82–403.  COUGAR BUSINESS OWNERS ASSN. ET AL. v. WASHINGTON ET AL.  Sup. Ct. Wash.  Certiorari denied.

No. 82–407.  KATZMAN v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 82–408.  GEORGIA RESIDENTIAL FINANCE AUTHORITY ET AL. v. JEFFRIES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 82–415.  ROBINSON v. MAGOVERN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 82–419.  OWENS-ILLINOIS, INC. v. WILLIAMS ET AL. C. A. 9th Cir.  Certiorari denied.

No. 82–433.  LINMARK ASSOCIATES, INC. v. ROBERT E. LIPSCHUTZ ASSOCIATES, INC.  C. A. 3d Cir.  Certiorari denied.

No. 82–436.  IRWIN v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 82–443.  JOHNSON & SON ERECTORS CO. v. UNITED STATES.  Ct. Cl.  Certiorari denied.